NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PROPER

Lawrence J. Bistany, Bar No. 75846
WHITE AND WILLIAMS LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
Telephone: 215-864-6306
Fax: 215-789-7506
E-mail: bistanyl@whiteandwilliams.com

ATTORNEYS FOR: Defendants Jung Woo Metal Industries, Co, Ltd. and Nung Won Metal Industries Co., Ltd.



FILED
CLERK U.S. DISTRICT COURT
MAR 16 2012
CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

COPY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EHY, INC.<br><br>Plaintiff(s),<br>v.<br><br>JUNG WOO METAL INDUSTRIES, CO., LTD.; NUNG WON METAL INDUSTRIES CO., LTD.; AND DOES 1 through 10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>CV12-02265 PA(AGRx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for <u>Defendants Jung Woo Metal Industries, Co, Ltd. and Nung Won Metal Industries Co., Ltd.</u>, certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| EHY, Inc. | Plaintiff |
| Jung Woo Metal Industries, Co., Ltd. | Defendant |
| Nung Won Metal Industries, Co., Ltd. | Defendant |

| | |
|---|---|
| March 13, 2012 | _[signature]_ |
| Date | Sign |

Lawrence J. Bistany, Esquire
Attorney of record for *Defendants Jung Woo Metal Industries, Co, Ltd. and Nung Won Metal Industries Co., Ltd.*

8825299v.1