NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Lawrence J. Bistany, CA Bar No 75846
WHITE AND WILLIAMS LLP
1800 One Liberty Place
1650 Market St.
Philadelphia, PA  19103-7395
Phone: 215-864-6306
Fax: 215-789-7506
E-mail: bistanyl@whiteandwilliams.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EHY, INC., a California corporation<br><br>                                   PLAINTIFF(S),<br>         v.<br><br>JUNG WOO METAL INDUSTRIES, CO., LTD., a Korean Corporation; NUNG WON METAL INDUSTRIES CO., LTD., a Korean corporation; AND DOES 1 through 10, inclusive,<br><br>                                   DEFENDANT(S). | CASE NUMBER<br><br>CV12-2265 PA (Agrx)<br><br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

    I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause.  On __March 21__                                                          , 20__12__   , I served a true copy of
__Notice of Removal and Notice of Interested Parties__
by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:
    Sam S. Oh, Esquire, Lim, Ruger & Kim LLP, 1055 West 7th St., Los Angeles, CA  90017

    Place of Mailing: __Philadelphia, PA__
    Executed on _____ __March 22__             , 20__12__       at __Philadelphia__  ,Pennsylvania

Please check one of these boxes if service is made by mail:

- ☒ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
- ☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
- ☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

                                                          /S/ - Lawrence J. Bistany
                                                          *Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

8825358v.1

-2-

_____   _____
*Signature*                                                   *Party Served*

---

CV-40 (01/00)              **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

8825358v.1