Samuel Oh (Bar No. 166719)
Arnold Barba (Bar No. 198131)
George Busu (Bar No. 235993)
LIM, RUGER & KIM, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017-2570
Telephone:  (213) 955-9500
Facsimile:  (213) 955-9511
Email: samuel.oh@limruger.com
Email: arnold.barba@limruger.com
Email: george.busu@limruger.com

JS-6

Attorneys for Plaintiff and Counter Defendant, EHY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EHY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUNG WOO METAL INDUSTRIES, CO., LTD., a Korean corporation; NUNG WON METAL INDUSTRIES, CO., LTD., a Korean corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV12-2265 PA (AGRx)<br><br>[*Assigned to the Hon. Percy Anderson*]<br><br>**ORDER ON STIPULATION TO DISMISS ACTION AFTER SETTLEMENT**<br><br>NOTE: CHANGES MADE BY THE COURT |

{00824642.DOC}                    1
[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION AFTER SETTLEMENT

|   |   |
|---|---|
| JUNG WOO METAL INDUSTRIES, CO., LTD., a Korean corporation; NUNG WON METAL INDUSTRIES CO., LTD., a Korean corporation, and DOES 1 through 10, inclusive, | ) ) ) ) ) ) ) |
| Counter Claimants, | ) ) |
| vs. | ) ) |
| EHY, INC., a California corporation, | ) ) ) |
| Counter Defendant. | ) ) |

## **ORDER**

Pursuant to the stipulation of the parties, the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party. ~~The Court retains jurisdiction to enforce the terms of the settlement between the parties~~. It is so ordered.

Dated: February _22_, 2013

_____
Percy Anderson, U.S. District Judge

{00824642.DOC}                                       2
[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION AFTER SETTLEMENT